**Electronically Filed
Supreme Court
SCPW-12-0000923
17-DEC-2012
08:37 AM**

SCPW-12-0000923

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BARBARA ELLEN SHERRILL,
Petitioner,

vs.

THE HONORABLE DERRICK H.M. CHAN,
Judge of the First Circuit Court, State of Hawaiʻi,
Respondent.

---

ORIGINAL PROCEEDING
(CAAP-12-0000676; PROBATE NO. 10-1-0254)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nacino, in place of Acoba, J., recused)

Upon consideration of petitioner Barbara Ellen
Sherrill's motion for reconsideration of this court's November
30, 2012 order denying her petition for a writ of mandamus, filed
on December 10, 2012, and the record,

IT IS HEREBY ORDERED that the motion for
reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 17, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Edwin C. Nacino

